# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

Darrell E. Lee,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:18-cv-109

Judge Michael H. Watson

Magistrate Judge Vascura

## OPINION AND ORDER

On November 14, 2018, United States Magistrate Judge Vascura issued a Report and Recommendation ("R&R") recommending that the Court reverse the Commissioner of Social Security's ("Commissioner") non-disability finding and remand this case to the Commissioner and the ALJ under Sentence Four of § 405(g). ECF No. 16.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). R&R 10, ECF No. 16. The R&R further advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's statement of errors is **SUSTAINED** and the Commissioner's decision is

**REVERSED.** This case is **REMANDED** to the Commissioner and the ALJ under Sentence Four of § 405(g) for further consideration consistent with the R&R.

**IT IS SO ORDERED.**

*/s/ Michael H. Watson*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**